UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Ana Maria Clarkin,**<br><br>Plaintiff,<br><br>vs.<br><br>**Justin Graham** and<br>**West End Community Center, Inc.,**<br><br>Defendants. | CA No. 1:17-cv-00583-JJM-PAS |

## Notice of Dismissal as to West End Community Center, Inc.

Pursuant to Rule 41(a)(1)(A)(i) of the federal Rules of Civil Procedure, and no Defendant having filed an answer or a motion for summary judgment, the Plaintiff hereby files this Notice dismissing this matter as to West End Community Center with prejudice, no cost and no interest.

    Ana Maria Clarkin,
    By counsel,

    /s/ *John T. Longo*

    John T. Longo, Esq.
    RI Bar #4928, MA BBO #632387
    Citadel Consumer Litigation, P.C.
    996 Smith Street, Suite 101
    Providence, RI 02908
    jtlongo@citadelpc.com
    (401) 383-7550
    Fax (401) 537-9185

    Date:  4/26/2018

## CERTIFICATE OF SERVICE

      I, John T. Longo, certify that this document, filed through the ECF system on 4/26/2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        */s/ John T. Longo*
                                        John T. Longo